**ROBINSON, WETTRE & MILLER LLC**
ATTORNEYS AT LAW
ONE NEWARK CENTER, 19TH FLOOR
NEWARK, NEW JERSEY 07102

(973) 690-5400
FAX (973) 466-2760
www.rwmlegal.com

January 10, 2014

<u>VIA CM/ECF</u>
William T. Walsh, Clerk
United States District Court
M.L. King, Jr. Fed. Bldg. & Cthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *E.I. DuPont de Nemours and Company v. MacDermid Printing Solutions, L.L.C.*
      Civil Action No. 06-3383 (MLC)(TJB)
      *MacDermid Printing Solutions, L.L.C. v. E.I. DuPont de Nemours and Company*
      Civil Action No. 07-4325 (MLC)(TJB)

Dear Mr. Walsh:

   This firm, together with Carmody & Torrance LLP, represents MacDermid Printing Solutions, LLC in the above matter. Please be advised that effective January 1, 2014, Carmody & Torrance LLP changed its name to Carmody Torrance Sandak & Hennessey LLP.

                   Respectfully,

                   *Leda Dunn Wettre*

                   Leda Dunn Wettre

cc: Hon. Mary L. Cooper, U.S.D.J. (via CM/ECF)
   Hon. Tonianne J. Bongiovanni, U.S.M.J. (via CM/ECF)
   All Counsel of Record (via CM/ECF)